```
 1  JASON M. KIRBY (SBN 213370)
    KIRBY & KRIBY, LLP
 2  501 W. Broadway, Suite 1720
    San Diego CA 92101
 3  Telephone: 619-487-1500
 4
    SCOTT D. STIMPSON, NY Bar No. 2361012 (Pro Hac Vice to be filed)
 5  TOD M. MELGAR, NY Bar No. 2790228 (Pro Hac Vice)
    STEVEN LUCKSENBERG, NY Bar No. 4986436 (Pro Hac Vice to be filed)
 6  SILLS CUMMIS & GROSS, P.C.
    101 Park Avenue, 28th Floor
 7  New York, NY 10178
    Telephone: 212-500-1519
 8
 9  Attorneys for Defendant
    PARK ASSIST, LLC
10
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDECT USA CORP., <br><br> Plaintiff, <br><br> v. <br><br> PARK ASSIST, LLC, <br><br> Defendant. | Case No.: **18-CV-2409- BEN-MDD** <br><br> **PARK ASSIST LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** <br><br> **Date: December 17, 2018** <br> **Time: 10:30 a.m.** <br> **Courtroom 5A** <br> **The Hon. Roger T. Benitez** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT on December 17, 2018, at 10:30 AM, or as soon thereafter as this matter may be heard, in courtroom of the Honorable Roger T. Benitez at the United States District Court for the Southern District of California, Courtroom 5A, Suite 5135, 221 West Broadway, San Diego, CA 92101, Defendant Park Assist, LLC,

1

will move and hereby does move this Court of an order dismissing Plaintiff Indect USA Corp.'s Complaint including Count I and II pursuant to Fed. R. Civ. P. 12(b)(1), 12(h)(3) and Count III pursuant to Fed. R. Civ. Pro. 12(b)(6).

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Tod M. Melgar and exhibits attached thereto, all filings and pleadings in this action, all filings and pleadings in the related action *Park Assist, LLC v. San Diego County Regional Airport Authority, et al.,* Case No. 18-cv-2068-BEN-MDD (September 5, 2018), and on such other and further matters as the Court may consider.

DATED: November 13, 2018                    Respectfully submitted,

KIRBY & KIRBY, LLP


By: /s/Jason M. Kirby
    Jason M. Kirby (SBN 213370)
      jason@kirbyandkirbylaw.com
    KIRBY & KIRBY, LLP
    501 W. Broadway, Suite 1720
    San Diego CA 92101
    Telephone: 619-487-1500

- and –

Tod M. Melgar
  (*Pro Hac Vice*)
  NY Bar No. 2790228
  tmelgar@sillscummis.com
Scott D. Stimpson
  (*Pro Hac Vice* to be filed)
  NY Bar No. 2361012

sstimspon@sillscummis.com
Steven Luksenberg,
   NY Bar No. 4986436
   (*Pro Hac Vice* to be filed)
SILLS CUMMIS & GROSS LLP
101 Park Avenue, 28th Floor
New York, NY 10178
Telephone: 212-643-7000

Attorneys for Plaintiff
PARK ASSIST, LLC
