**FILED**
JUL - 7 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDECT USA CORP, <br><br> Plaintiff, <br><br> v. <br><br> PARK ASSIST, LLC, <br><br> Defendant. | Case No.: 3:18-cv-02409-BEN-DEB <br><br> **ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL** |

The request for substitution of counsel (Docket No. 53) is **GRANTED**. Tod M. Melgar of Phillips Nizer LLC is substituted as Defendant's counsel in place of Sills Cummis & Gross P.C., Scott D. Stimpson and Steven Z. Luksenberg. The clerk is directed to make this change in the docket.

**IT IS SO ORDERED**.

Dated: July 6, 2020

Hon. Roger T. Benitez
United States District Judge

1

3:18-cv-02409-BEN-DEB