UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDECT USA CORP., <br><br> Plaintiff, <br><br> v. <br><br> PARK ASSIST, LLC, <br><br> Defendant. | Case No.:  3:18-cv-02409-BEN-DEB <br><br> **ORDER GRANTING JOINT MOTION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **[Doc. No. 61]** |

    The Court has considered Plaintiff Indect USA Corp. ("Plaintiff") and Defendant Park Assist, LLC's ("Defendant") joint motion to extend time to respond to Plaintiff's Second Amended Complaint. For good cause shown, the Motion is GRANTED. The Defendant shall have until September 21, 2020 to file its Answer or otherwise respond to the Second Amended Complaint. No further continuances will be granted without just cause.

    **IT IS SO ORDERED.**

Date: September 14, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge

1