# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDECT USA CORP., <br><br>    Plaintiff, <br><br>    v. <br><br>PARK ASSIST, LLC, <br><br>    Defendant. | Case No.: 3:18-CV-2409-BEN-DEB <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SERVE AMENDED INFRINGEMENT CONTENTIONS** <br><br> **DKT. NO. 62** |

With good cause appearing, Defendant Park Assist, LLC's ("Defendant") and Plaintiff Indect USA Corp.'s ("Plaintiff") joint motion to extend time to serve amended infringement contentions is GRANTED. Defendant's Amended Infringement Contentions must be served by **September 22, 2020**. No further continuances will be granted without good cause.

**IT IS SO ORDERED.**

Dated: September 15, 2020

_____
Daniel E. Butcher
United States Magistrate Judge