# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDECT USA CORP., <br><br> Plaintiff, <br><br> v. <br><br> PARK ASSIST, LLC, <br><br> Defendant. | Case No.: 18-CV-2409-BEN-DEB <br><br> **ORDER GRANTING PARK ASSIST'S EX PARTE MOTION TO AMEND THE CASE MANAGEMENT ORDER** <br><br> **DKT. NO. 116** |

The Court GRANTS Park Assist, LLC's unopposed Ex Parte Motion to Amend the Case Management Order. Dkt. No. 116. The Case Management Order (Dkt. No. 87) is modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of fact discovery | April 2, 2021 | April 16, 2021 |
| Settlement Conference Statements | March 31, 2021 | No change |
| Settlement Conference | April 7, 2021 | No change |
| Opening expert reports on issues for which they carry the burden of proof | April 12, 2021 | April 23, 2021 |
| Rebuttal expert reports | May 12, 2021 | May 19, 2021 |

| | | |
|---|---|---|
| Close of all discovery | June 2, 2021 | June 4, 2021 |
| Last Day to File Dispositive motions, including Daubert motions | June 21, 2021 | No change |
| Pretrial Disclosures | June 30, 2021 | No change |
| Meet and Confer in Advance of Pretrial Hearing (Local Civil Rule 16.1(f)(4)) | July 1, 2021 | No change |
| Proposed Pretrial Order | July 7, 2021 | No change |
| Final Pretrial Order | July 12, 2021 | No change |
| Final Pretrial Conference | July 19, 2021 | No change |
| Trial | August 2, 2021 | No change |

**IT IS SO ORDERED.**

Dated: March 19, 2021

_____
Honorable Daniel E. Butcher
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3