UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDECT USA CORP., a Texas corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PARK ASSIST, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendant. | Case No.: 3:18-cv-02409-BEN-DEB<br><br>**ORDER DENYING MOTIONS TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD**<br><br>**[ECF Nos. 180, 189]** |
| PARK ASSIST, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>INDECT USA CORP., a Texas corporation,<br><br>　　　　　　Counterdefendant. | |

　　This matter comes before the Court on two Motions for Leave to Supplement the Summary Judgment Record. ECF Nos. 180, 189. The Court ruled on the parties' motions for summary judgement on July 28, 2021. ECF No. 195. Before ruling, the Court reviewed the motions to supplement and their supporting exhibits but found they

would not change the outcome of the Court's order on the parties' motions for summary judgment. Accordingly, the motions are denied. *See Stone Brewing Co. v. MillerCoors LLC*, 445 F. Supp. 3d 1113, 1148 (S.D. Cal. 2020) (denying motion to supplement summary judgment record when the supplemental materials would not change the outcome of the Court's underlying order).

**IT IS SO ORDERED.**

Dated: September 22, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge