UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDECT USA CORP., | Case No.: 3:18-cv-02409-BEN-DEB |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| PARK ASSIST, LLC, | |
| Defendant. | |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return this under the instructions of this Court as our verdict in this case.

## FINDINGS ON INVALIDITY DEFENSES

The question regarding invalidity should be answered regardless of your findings with respect to infringement and unfair competition.

### Question 1:

Do you find that Indect USA Corp. ("Indect") has proven by clear and convincing evidence that claim 1 of U.S. Patent No. 9,594,956 ("the '956 patent") is invalid because it would have been obvious to a person of ordinary skill in the art at the time of the invention? *A "yes" is a finding for Indect, and "no" is a finding for Park Assist.*

Yes _____    No \_\_✓\_\_\_\_

Please proceed to Question 2.

## FINDINGS ON INFRINGEMENT CLAIMS

The questions regarding infringement should be answered regardless of your findings with respect to the validity or invalidity of the patent and unfair competition.

### Question 2:

Has Park Assist LLC ("Park Assist") proven by a preponderance of the evidence that Indect has directly infringed or is directly infringing claim 1 of the '956 patent by performing every required step of the claimed method? *A "yes" is a finding for Park Assist, and "no" is a finding for Indect.*

Yes _____    No \_\_✓\_\_\_\_

Please proceed to Question 3.

3

## **FINDINGS ON UNFAIR COMPETITION**

The questions regarding unfair competition should be answered regardless of your findings with respect to the infringement and validity or invalidity of the patent.

### **Question 3:**

Has Indect proven by a preponderance of the evidence that Park Assist engaged in unfair competition under the Lanham Act? *A "yes" is a finding for Indect, and "no" is a finding for Park Assist.*

Yes ___✓___         No _____

If your answer to Question 3 is "yes", please proceed to Question 4. If your answer to Question 3 is "no," please proceed to the Signature Line.

### **Question 4:**

Has Indect proven by clear and convincing evidence that Park Assist acted in bad faith? *A "yes" is a finding for Indect, and "no" is a finding for Park Assist.*

Yes _____         No ___✓___

If your answer to Question 4 is "yes", please proceed to Question 5. If your answer to Question 4 is "no," please proceed to the Signature Line.

4

**Question 5**:

Has Indect proven by a preponderance of the evidence that Park Assist engaged in unfair competition that caused each of the below customers not to purchase Indect's product: *A "yes" is a finding for Indect, and "no" is a finding for Park Assist.*

a. AT&T Campus

   Yes _____          No _____

b. New Orleans Airport

   Yes _____          No _____

Please proceed to the Signature Line.

You have now reached the end of the verdict form and should review it to ensure that it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict and bring it when the jury is brought back into the courtroom.

**Dated**: September 21, 2022          **By**: _____
                                               **Jury Foreperson**